UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

SHAWANDA PIERCE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED INDIVIDUALS

Plaintiff(s)

- against -

PROGRESSIVE HOME HEALTH SERVICES, INC., ETAL

Defendant(s)

Index # 06 CV 13113 (CASTEL)

Purchased November 13, 2006

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 16, 2006 at 02:05 PM at

132 WEST 31ST STREET
NEW YORK, NY

deponent served the within SUMMONS AND CLASS ACTION COMPLAINT on PROGRESSIVE HOME HEALTH SERVICES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to WAYNE HOWARD personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND CLASS ACTION COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 40 | 6'0 | 180 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 17, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 428268

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728