AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PIERCE et al.,

    Plaintiffs,

– against –

PROGRESSIVE HOME HEALTH SERVICES INC. et al.,

    Defendants.

**APPEARANCE**

Case Number: 06-CV-13113 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2007 | [signature] |
| Date | Signature |

Todd A. Krichmar (TK 0524)

Print Name / Bar Number

Beranbaum Menken Ben-Asher & Bierman LLP
80 Pine Street, 32nd Floor

Address

New York, New York    10005

City / State / Zip Code

(212) 509-1616    (212) 509-8088

Phone Number / Fax Number